

# Fourth Court of Appeals
## San Antonio, Texas

January 19, 2022

No. 04-19-00318-CV

Leticia R. **BENAVIDES,**
Appellant

v.

Cristina B. **ALEXANDER,** as Permanent Guardian of the Person of Carlos Y. Benavides, Jr.;
Carlos Y. Benavides, III; Rancho Viejo Cattle Company, Ltd.; Benavides Management, LLC;
and Linda Cristina Alexander and Guillermo Benavides, as Managers of Benavides
Management, LLC,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2012CVQ-000161-D1
Honorable Honorable Jose A. Lopez, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Chief Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice
                Irene Rios, Justice
                Beth Watkins, Justice
                Liza A. Rodriguez, Justice
                Lori I. Valenzuela, Justice

Appellant's motion for en banc reconsideration is DENIED. *See* TEX. R. APP. P. 49.5.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of January, 2022.



MICHAEL A. CRUZ, Clerk of Court